

| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | GEOFFREY M. STANNARD<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-2409<br>Fax: (212) 356-1148<br>Email: gstannar@law.nyc.gov |
|---|---|---|

July 19, 2018

**BY ECF**
Honorable Robert M. Levy
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    Shatee Denmark v. City of New York, et al.
                  16-CV-7103 (NGG) (RML)

Your Honor:

        I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York. I write pursuant to Rule 1.4 of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York to request that the Court issue an Order substituting the undersigned as counsel of record on behalf of defendant City of New York, in place of Senior Counsel Tobias Eli Zimmerman. This case was recently transferred to me, and I will be handling this case moving forward. Simultaneously herewith, I am also filing a notice of substitution of counsel. I therefore respectfully request that Mr. Zimmerman be removed as an attorney of record in this matter.

        Defendant City thanks the Court for its time and consideration of this request.

        Respectfully submitted,

        /s/

        Geoffrey M. Stannard
        *Assistant Corporation Counsel*

Encl.

cc:    **BY ECF**
       Robert Marinielli, Esq., *Attorney for Plaintiff*