# ROBERT MARINELLI
ATTORNEY AT LAW
305 BROADWAY, SUITE 1001
NEW YORK, NEW YORK 10007
(212) 822-1427
Facsimile (212) 202-9646

August 28, 2018

**BY ECF**
Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Denmark v. City of New York, et al.*, 16 CV 7103 (NGG)(RML)

Your Honor:

  I represent Plaintiff and write to respectfully request that plaintiff's time to serve defendants be extended until October 14, 2018. This is 30 days from the date defendants were ordered on August 27 to provide defendants' names and service addresses. Defendants consent to this request.

  Plaintiffs' requires this thirty days 1.) To amend his complaint; 2.) For the issuance of summonses; and 3.) To serve appropriate defendants.[1]

  Plaintiff thanks Your Honor for consideration of this request.

            Respectfully submitted,

            /s

            Robert Marinelli

---

[1] To date, plaintiff has received the names and service addresses for two defendants.